IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Courtroom Deputy: Monique Ortiz | FTR - Reporter Deck - Courtroom A402 |
| Date: August 11, 2021 | Alfred A. Arraj United States Courthouse |

Civil Action No.20-cv-01579-PAB-STV

| *Parties*: | *Counsel*: |
|---|---|
| PHILIP E. STETZEL | Pro Se |
| Plaintiffs, | |
| v. | |
| DEAN WILLIAMS | Joshua J. Luna |
| CHRISTINA ORTIZ-MARQUEZ | |
| LAURA BORREGO-GIBBS | |
| JOSEPH CAWLEY | |
| LEROY VERNETTI, and | |
| LAURA HODER/SHUGART | |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING**
**Court in session:   9:22 a.m.**
Court calls case. Appearance of counsel.

This matter is before the court on the CDOC Defendants' Motion to Stay Discovery [Doc. No. 54, filed 6/25/2021].

For the reasons stated on the record, it is:

**ORDERED:**     CDOC Defendants' Motion to Stay Discovery [Doc. No. 54] is GRANTED.  A Telephonic Status Conference is set for January 19, 2022 at 9:00 a.m. before Magistrate Judge Varholak.  Parties shall call (888-808-6929) and utilize Access Code: 2805116#

HEARING CONCLUDED.
**Court in recess:      9:34 a.m.**
Total In-Court Time:   00:12

To order a transcript of this proceeding, contact Patterson Transcription Company at (303)755-4536 OR AB Litigation Services at (303)629-8534.

2